UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

U.S.A. vs. Russell Boddie, III                                                   Docket No. 7:08-CR-132-1FL

**Petition for Action on Supervised Release**

COMES NOW J. Brock Knight, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Russell Boddie, III, who, upon an earlier plea of guilty to 21 U.S.C. § 841(a)(1), Possession With Intent to Distribute a Quantity of Marijuana, and 18 U.S.C. § 924(c)(1), Possession of a Firearm in Furtherance of a Drug Trafficking Crime, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on April 9, 2009, to the custody of the Bureau of Prisons for a term of 66 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Russell Boddie, III, was released from custody on September 26, 2012, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

A urine specimen collected from the releasee on July 14, 2015, was positive for cocaine. When this officer confronted Boddie about illicit drug use, he admitted that he used cocaine on July 12, 2015, and signed an admission form. As a sanction for this violation conduct, service of 3 days in jail and participation in a cognitive behavioral program as offered by the probation office are recommended.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 3 consecutive days, as arranged by the probation office, and shall abide by all rules and regulations of the designated facility.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ J. Brock Knight |
| Robert L. Thornton | J. Brock Knight |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 2 Princess Street Suite 308 |
| | Wilmington, NC 28401-3958 |
| | Phone: 910-679-2030 |
| | Executed On: August 4, 2015 |

**Russell Boddie, III**
**Docket No. 7:08-CR-132-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this \_\_\_5th\_\_\_ day of \_\_\_August_____, 2015 and ordered filed and made a part of the records in the above case.

*/s/ Louise W. Flanagan*
_____
Louise W. Flanagan
U.S. District Judge